UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES TOWER III, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2016 CV 07984 |
| vs. | ) | |
| | ) | |
| VILLAGE OF OLYMPIA FIELDS, | ) | Honorable Judge Rebecca R. Pallmeyer |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR CONSENT JUDGMENT

Plaintiff, Central States Tower III, LLC and Defendant Village of Olympia Fields, Illinois, have reached an agreement to settle the litigation pursuant to and in accordance with the consent judgment that is attached hereto as Exhibit 1 (the "Consent Judgment"). Both parties agree to comply with the mutual obligations set forth in the Consent Judgment and to be bound by its terms. The parties therefore respectfully request that the Consent Judgment be entered and that this matter otherwise be terminated.

Respectfully submitted,

Date: 12-19, 2016

_____
Daniel R. Fine
Krista N. Nelson
Barack Ferrazzano Kirschbaum &
   Nagelberg LLP
200 W. Madison, 39th Floor
Chicago, Illinois 60606
Dan.Fine@bfkn.com
(312) 984-3100
*Counsel for Plaintiff Central States Tower III,
LLC*

Date: 12-14, 2016

_____
John B. Murphey
Rosenthal, Murphey, Coblentz & Donahue
30 North LaSalle Street
Suite 1624
Chicago, Illinois 60602
AMaimonis@salawus.com
(312) 541-1070
*Counsel for Defendant Village of Olympia Fields*

## CERTIFICATE OF SERVICE

I, Daniel R. Fine, an attorney, hereby certify that on Dec. 19, 2016, I caused a copy of

the foregoing document to be filed with the Court's CM/ECF system, which provides notice to

all counsel of record via electronic mail.


/s/ _____